TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
(907) 456-0245
E-mail: Bryan.Schroder@usa.usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:06-cr 001(RRB) |
| Plaintiff, | COUNT 1: |
| vs. | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE |
| STEVEN D. NORVELLE, | Vio. 21 U.S.C. § 841(a)(1) and 841 (b)(1)(B) |
| Defendant. | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

On or about October 13, 2005, within the District of Alaska, the defendant, STEVEN D. NORVELLE, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: in excess of 5 grams of actual methamphetamine, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

        RESPECTFULLY SUBMITTED on January 4, 2006

                TIMOTHY M. BURGESS
                United States Attorney

                s/Bryan Schroder
                Assistant U.S. Attorney
                101 12th Avenue, Room 310
                Fairbanks, Alaska  99701
                (907) 456-0245
                E-mail: Bryan.Schroder@usa.usdoj.gov
                WA# 21146

US v. NORVELLE .