AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.
STEVEN D. NORVELLE

**WAIVER OF INDICTMENT**

CASE NUMBER: 4:06-cr-1-RRB

I, STEVEN D. NORVELLE, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 01/20/06 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Defendant_

_Counsel for Defendant_

Before _____
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE