UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>   v.   <u> STEVEN D. NORVELLE </u>

DATE:   <u> April 20, 2006  </u>       CASE NO.   <u> 4:06-CR-0001-RRB </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING SENTENCING**

---

     The sentencing scheduled in this matter for April 28, 2006, is **rescheduled** and will now be held on **Thursday, June 29, 2006, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING SENTENCING