M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STEVEN D. NORVELLE,<br><br>　　　　　Defendant. | Case No. 4:06-cr-0001-RRB-TWH<br><br>**UNOPPOSED MOTION<br>ON SHORTENED TIME TO<br>CONTINUE SENTENCING** |

　　　　Defendant, Steven D. Norvelle, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to continue his sentencing currently scheduled for June 29, 2006.  This motion is necessary because counsel will be in trial in Fairbanks in United States v. Adams, Case No. 4:06-cr-0009-JKS, beginning June 26, 2006.  The trial is expected to last through June 30, 2006.  Mr. Norvelle asks that the court reschedule the imposition of sentence hearing for the later part of the week of July 3, 2006.

　　　　Assistant United States Attorney Bryan Schroder is unopposed to this motion.  Mr. Norvelle currently is in custody at Cook Inlet Pretrial Facility.

DATED this 21st day of June, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 21, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden