UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>STEVEN D. NORVELLE,<br><br>           Defendant. | Case No. F05-0034 MJ (TWH)<br><br>**PROPOSED<br>ORDER CONTINUING SENTENCING** |

After due consideration of defendant's motion on shortened time, it is hereby GRANTED.

After due consideration of defendant's Unopposed Motion to Continue Sentencing, the court GRANTS the motion. The imposition of sentence hearing currently scheduled for June 29, 2006, is hereby vacated. Sentencing is rescheduled for _____, 2006, at _____ a.m./p.m. in Anchorage, Alaska.

DATED in Anchorage, Alaska, this ____ day of June, 2006.

_____
Ralph R. Beistline
United States District Court Judge