UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STEVEN D. NORVELLE,<br><br>　　　　　　Defendant. | Case No. 4:06-cr-0001-RRB-TWH<br><br>~~PROPOSED~~<br>**ORDER CONTINUING SENTENCING**<br>**(Filed Under Seal)** |

After due consideration of defendant's motion on shortened time, it is hereby GRANTED.

After due consideration of defendant's Unopposed Motion to Continue Sentencing, the court GRANTS the motion. The imposition of sentence hearing currently scheduled for July 7, 2006, is hereby vacated. Sentencing is rescheduled for July 20, 2006, at 10:30 a.m./~~p.m.~~ in Anchorage, Alaska.

DATED in Anchorage, Alaska, this 28 day of June, 2006.

REDACTED SIGNATURE

Ralph R. Beistline
United States District Judge