M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STEVEN D. NORVELLE,<br><br>　　　　　Defendant. | Case No. 4:06-cr-0001-RRB-TWH<br><br>**UNOPPOSED MOTION<br>ON SHORTENED TIME TO<br>CONTINUE SENTENCING** |

　　　　Defendant, Steven D. Norvelle, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to continue his sentencing currently scheduled for July 20, 2006.  Undersigned counsel currently is scheduled to be in Fairbanks on July 20 for one sentencing and four arraignments.  Both counsel in this matter are unavailable the afternoon of July 19, but are available on July 21, and request that the sentencing be scheduled for that date, if convenient for the court.

　　　　Assistant United States Attorney Bryan Schroder is unopposed to this motion.  Mr. Norvelle currently is in custody at Cook Inlet Pretrial Facility.

DATED this 30th day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 30, 2006, a copy of the foregoing document, with attachments, was served by hand on:

Bryan Schroder, Esq.

/s/ M. J. Haden