UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STEVEN D. NORVELLE,<br><br>　　　　　　Defendant. | Case No. 4:06-cr-0001-RRB-TWH<br><br>**PROPOSED**<br>**ORDER CONTINUING SENTENCING** |

　　　　　After due consideration of defendant's motion on shortened time, it is hereby GRANTED.

　　　　　After due consideration of defendant's Unopposed Motion to Continue Sentencing, the court GRANTS the motion. The imposition of sentence hearing currently scheduled for July 20, 2006, is hereby vacated. Sentencing is rescheduled for _____, 2006, at _____ a.m./p.m. in Anchorage, Alaska.

　　　　　DATED in Anchorage, Alaska, this ____ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Ralph R. Beistline
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge