# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  NORVELLE  </u>

DATE:  <u>  June 30, 2006  </u>   CASE NO.  <u>  4:06-CR-0001-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING SENTENCING**

---

Pursuant to the Unopposed Motion on Shortened Time to Continue Sentencing (Docket 14), sentencing in this matter is **rescheduled** and will be held on **Friday, July 21, at 10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING SENTENCING