**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  USA  </u>  v.  <u>  STEVEN D. NORVELLE  </u>

DATE:  <u>  July 18, 2006  </u>   CASE NO.  <u>  4:06-CR-0001-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING SENTENCING**

---

Pursuant to the unopposed motion at Docket 17, sentencing in this matter is **rescheduled** and will now be held on **Thursday, August 24, 2006, at 10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.