UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


USA   v.   NORVELLE

DATE:   August 18, 2006        CASE NO.   4:06-CR-0001-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RESCHEDULING SENTENCING**

---

Pursuant to the Unopposed Motion to Continue Sentencing, the sentencing in this matter is **RESCHEDULED** and will be held on **Friday, September 29, 2006, at 10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING SENTENCING