M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>STEVEN D. NORVELLE,<br><br>                Defendant. | Case No. 4:06-cr-0001-RRB-TWH<br><br>**MOTION ON SHORTENED TIME FOR ORDER REQUIRING PROBATION OFFICER TO AMEND PRESENTENCE REPORT** |

        Defendant, Steven D. Norvelle, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for a order requiring the probation officer to amend the presentence report in the above-styled case before distribution to the Bureau of Prisons.

        Mr. Norvelle was sentenced before this court on Friday, September 29, 2006. At the sentencing, Mr. Norvelle objected to the PSR writer's calculation that the money seized during the search of Mr. Norvelle's residence should be converted into the drug equivalent for purposes of calculating his base offense level.  The court ruled in

Mr. Norvelle's favor and the money was discounted, leaving Mr. Norvelle's adjusted offense level at 27.

Mr. Norvelle now asks the court to issue an order directing the probation officer to amend all paragraphs from the PSR that pertain to the conversion of the money and to recalculated the offense level to reflect the ruling of the court at sentencing. Mr. Norvelle specifically requests that Paragraphs 31, 41, and 133 be changed to reflect the court's holding.

This request is made because Mr. Norvelle is concerned that the incorrect higher offense level reflected in the report may affect his security level, his designation determination, and his program eligibility with the Bureau of Prisons.

DATED this 2nd day of October, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on October 2, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden