UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>STEVEN D. NORVELLE,<br><br>             Defendant. | Case No. 4:06-cr-0001-RRB-TWH<br><br>**ORDER** |

   After due consideration of defendant's motion on shortened time, it is hereby GRANTED.

   After due consideration of defendant's Motion Requiring Probation Officer to Amend the Presentence Report, the court GRANTS the motion.  It is hereby ordered that the Probation Officer amend Paragraphs 31, 41, and 122 of the Presentence Report to reflect the court's findings during the imposition of sentence hearing regarding the conversion of the money seized from Mr. Norvelle's residence into a drug equivalent.  The report should be amended to reflect a total guideline level of 27.  The report should be amended before it is distributed to the Bureau of Prisons.

   DATED in Anchorage, Alaska, this ____ day of _____, 2006.

_____
Ralph R. Beistline
U.S. DISTRICT JUDGE