# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u> STEVEN D. NORVELLE </u>

DATE: <u>  October 2, 2006  </u>    CASE NO.  <u>  4:06-CR-0001-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS
                RE SHORTENED TIME**

---

The Government has until **noon** on **Wednesday, October 4, 2006,** in which to file a response to Defendant's Motion on Shortened Time for Order Requiring Probation Officer to Amend Presentence Report, filed at Docket 31.

M.O. RE SHORTENED TIME