UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA   v.   NORVELLE

DATE:   October 10, 2006       CASE NO.   4:06-CR-0001-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
DENYING MOTION TO AMEND PRESENTENCE REPORT**

---

Before the Court is Defendant's Motion for Order Requiring Probation Officer to Amend Presentence Report at Docket 31. For the reasons set forth by the Government in its opposition at Docket 34, Defendant's motion is hereby **DENIED**. The Court, however, will amend the Statement of Reasons to clearly reflect Defendant's concerns.

M.O. DENYING DOCKET 31