M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>STEVEN D. NORVELLE,<br><br>               Defendant. | Case No. 4:06-cr-0001-RRB-TWH<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO UNSEAL DOCUMENTS** |

       Defendant, Steven D. Norvelle, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time to unseal documents at Docket No. 17, Docket No. 19, and Docket No. 36.

       Mr. Norvelle originally was arrested on October 13, 2005, and charged by way of criminal complaint with possession of methamphetamine with the intent to distribute. Mr. Norvelle was released on bail on October 20, 2006.  He voluntarily surrendered to the custody of the United States Marshals Service on December 19, 2005.  Mr. Norvelle was sentenced on November 1, 2006, to a term of 50 months incarceration.

At the time of his initial arrest, Mr. Norvelle was on state probation. A petition to revoke his state probation was filed on May 2, 2006, based on the conduct alleged in the federal complaint. On October 6, 2006, the state court found that Mr. Norvelle had violated the terms of his probation and ordered that his probation be reinstated.

On November 14, 2006, a second petition to revoke his state probation was filed. The second petition alleged that Mr. Norvelle failed to report to the state probation officer on October 12, 2006, and November 10, 2006. A bench warrant was issued as a result of the petition. The warrant has resulted in a state detainer being lodged.

Mr. Norvelle requests that documents at Docket No. 17, Docket No. 19, and Docket No. 36 be unsealed for the limited purpose of forwarding the documents to the state probation department to show that Mr. Norvelle was in the custody of the United States Marshals Service on October 12, 2006, and in the custody of the Bureau of Prisons on November 10, 2006.

This motion is unopposed by Assistant United States Attorney Bryan Schroder.

DATED this 20ty day of February, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on February 20, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden