UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>STEVEN D. NORVELLE,<br><br>             Defendant. | Case No. 4:06-cr-0001-RRB-TWH<br><br>**ORDER TO UNSEAL DOCUMENTS** |

After due consideration of defendant's motion on shortened time, it is hereby GRANTED.

After due consideration of defendant's motion to unseal documents, the court GRANTS the motion. Documents at Docket No. 17, Docket No. 19, and Docket No. 36 are unsealed for the limited purpose of forwarding the documents to the state probation department to show that Mr. Norvelle was in the custody of the United States Marshals Service on October 12, 2006, and in the custody of the Bureau of Prisons on November 10, 2006.

DATED in Anchorage, Alaska, this 21st day of February, 2007.

                                                                  s / RALPH R. BEISTLINE
                                                                     Ralph R. Beistline
                                                      United States District Court Judge